# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

SONYA FIELDS,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration,

    Defendant.

Case No. 17-CV-357-FHM

## OPINION AND ORDER

On June 23, 2017, Plaintiff submitted a Complaint, [Dkt. 1], and a Motion for Leave to Proceed In Forma Pauperis, [Dkt. 2]. No summons was provided with the Complaint. On June 26, 2017, the Court granted Plaintiff's Motion to Proceed In Forma Pauperis, [Dkt. 5]. On December 7, 2017, by Minute Order, Plaintiff's counsel was alerted that no summons had been provided. Counsel was instructed to provide the clerk's office with a summons on or before December 15, 2017. [Dkt. 6]. To date, no summons has been provided and consequently Defendant has not been served within the 90 day time frame provided in Fed.R.Civ.P. 4(m).

Under Fed.R.Civ.P. 4(m), after notice to Plaintiff the court must dismiss the action without prejudice unless Plaintiff shows good cause for the failure to serve the defendant. Plaintiff is hereby ordered file a response on or before March 15, 2018, showing cause why this action should not be dismissed for failure to serve the defendant.

SO ORDERED this 8th day of March, 2018.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE