IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

SONYA FIELDS,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner, Social Security Administration,

    Defendant.

Case No. 17-CV-357-FHM

## OPINION AND ORDER

Plaintiff's Application For Order Granting Extension of Time in Which to Issue Summons and in Which to Serve the Defendants, [Dkt. 10], is GRANTED, as follows:

Plaintiff is required to provide appropriately completed summons to the court clerk on or before March 26, 2018 to be served in conformity with the grant of permission for Plaintiff to proceed *in forma pauperis*.

SO ORDERED this 15th day of March, 2018.

/s/ Frank H. McCarthy
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE